JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEON BIBBS, <br><br> Petitioner, <br><br> v. <br><br> F. GUZMAN, Warden, <br><br> Respondent. | Case No. 2:23-cv-02022-SPG-JPR <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 7, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-